UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RASHAD WALSTON, <br><br> Plaintiff, <br><br> v. <br><br> REGIONAL RECOVERY SERVICES, INC., <br><br> Defendant. | Case No. 1:19-cv-02875 <br><br> Honorable Charles P. Kocoras |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **June 20, 2019 at 9:30 a.m.,** I shall appear before the **Honorable Judge Charles P. Kocoras in Room 2325** of the United States District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present **PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** which was served upon you as indicated on the Certificate of Service.

/s/ Nathan C. Volheim
SULAIMAN LAW GROUP, LTD.
Attorney for Plaintiff

Sulaiman Law Group, Ltd.
Nathan C. Volheim
2500 South Highland Ave, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Main Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Nathan C. Volheim, an attorney, certify that a true and correct copy of the foregoing **Notice of Motion** and **Plaintiff's Motion for Entry of Default** was served via U.S. Certified Mail, this 20th day of June 2019.

Regional Recovery Services, Inc.
c/o Sheryl K. Schumann, Registered Agent
18505 Stewart Avenue
Homewood, Illinois 60430

RRS, Inc.
P.O. Box 3333
Munster, Indiana 46321
Fax: (219) 803-6081

Regional Recovery Services, Inc.
5252 S. Hohman Avenue
Hammond, Indiana 46320

/s/ Nathan C. Volheim
Nathan C. Volheim